ARIES FINANCIAL, LLC, Appellant-Respondent, v 12005 142ND STREET, LLC, et al., Respondents-Appellants, et al., Defendants.

Submitted June 1, 2015; decided September 1, 2015

Motions for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of BENJAMIN JUSTIN BROWNLEE, Appellant, v ANTHONY J. ANNUCCI, Commissioner New York State Department of Corrections and Supervision, et al., Respondents.

Submitted June 15, 2015; decided September 1, 2015

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.